IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| STATE OF GEORGIA, | \* |
| Plaintiff, | \* |
| v. | Case No. 4:23-CV-44-CDL-MSH |
| EDRICK HARDRICK, | \* |
| Defendant. | \* |

## J U D G M E N T

Pursuant to this Court's Order dated May 15, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered REMANDING this action to the State Court of Muscogee County, Georgia.

This 15th day of May, 2023.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk